1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant RUELAS

**FILED**

JUL 1 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos.   CR 11- 00558 - LHK |
| | ) | CR 11- 00559 - LHK |
| Plaintiff, | ) | CR 11- 00560 - LHK |
| | ) | CR 11- 00706 - LHK |
| vs. | ) | |
| | ) | JOINT STIPULATION AND REQUEST TO |
| MICHAEL RUELAS and | ) | CONTINUE SENTENCING HEARING |
| LORENZO ISRAEL GARCIA, | ) | DATE TO OCTOBER 17, 2012; AND |
| | ) | [PROPOSED] ORDER |
| Defendant. | ) | |

## STIPULATION

    Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller; Lorenzo Israel Garcia, by and through Counsel Jack Gordon; and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, July 18, 2012, at 9:00 a.m., be continued to Wednesday, October 17, 2012, at 9:00 a.m.

    Defendants Michael Ruelas and Lorenzo Israel Garcia have pled guilty and a sentencing hearing is presently set for July 18, 2012, as to both defendants.  The parties respectfully ask that the sentencing hearing date be continued.  Both defense counsel respectfully request additional

1  time to investigate and effectively prepare arguments regarding the Court's sentencing

2  determination.  The parties, having conferred about their respective availability for the setting of

3  a new sentencing hearing date, respectfully request that the sentencing hearing date be continued

4  to October 17, 2012.  United States Probation Officer Benjamin Flores, who has been assigned to

5  conduct the presentence investigation, has been consulted about the requested continuance and

6  has no objection. The parties further agree that the deadlines by which the United States

7  Probation Office must disclose the draft and final pre-sentence reports shall be adjusted

8  according to the new October 17, 2012, sentencing date.

9

10  Dated:  July 12, 2012

11                                             _____/s/_____
                                             VARELL L. FULLER
12                                             Assistant Federal Public Defender
                                             Counsel for Michael Ruelas
      Dates: July 12, 2012
13                                             _____/s/_____
                                             JACK GORDON
14                                             Counsel for Lorenzo Israel Garcia

15  Dated  July 12, 2012                        _____/s/_____
                                             DANIEL R. KALEBA for
16                                             THOMAS M. O' CONNELL
                                             Assistant United States Attorney

17  //
    //
18                                   [PROPOSED] ORDER

19         GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

20  the sentencing hearing date set for Wednesday, July 18, 2012, at 9:00 a.m. is continued to

21  Wednesday, October 16, 2012, at 10:00 a.m., and the dates by which United States Probation

22  must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

23

24  Dated: 7/13/12                             _Lucy H. Koh_____
                                             THE HONORABLE LUCY H. KOH
25                                             United States District Court Judge

26